RECEIVED
NOV - 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA LOUISE FERRARA, ET AL. | MISC. CASE NO. 16-mc-30 |
| | RELATED CASE 12-cv-1209 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Maria Louise Ferrara, as Administratrix of the Estate of Joseph C. Ferrara, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _8_ day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE